# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

| | |
|---|---|
| 6th Circuit - Probate Division - Concord | Telephone: 1-855-212-1234 |
| 2 Charles Doe Drive, Suite 1 | TTY/TDD Relay: (800) 735-2964 |
| Concord NH  03301 | https://www.courts.nh.gov |

## CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

Case Name:     **Estate of George T Campbell, III**

Case Number:     **317-2025-ET-00066**

On February 12, 2025, the following person(s) was/were appointed to administer the estate of George T Campbell, III.  The named administrator(s) accepted this responsibility.

<u>Administrator(s)</u>

Tracey Cote                     15 McKinley Street
                                Concord NH  03301

This document, when signed under seal, certifies that this appointment did occur as stated and remains in effect as dated below.

February 13, 2025                    /s/ Kimberly A. Bonenfant
                                     Clerk of Court
                                     State of New Hampshire
                                     Merrimack County

---

This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to <u>Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing</u>.

NHJB-2548-Pe (10/01/2024)

**This is a Service Document For Case: 317-2025-ET-00066**
**6th Circuit - Probate Division - Concord**
**2/13/2025 11:55 AM**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - Probate Division - Concord  Telephone 1-855-212-1234
2 Charles Doe Drive, Suite 1  TTY/TDD Relay: (800) 735-2964
Concord NH  03301  https://www.courts.nh.gov

## IMPORTANT DUE DATES

Case Name:  **Estate of George T Campbell, III**
Case Number:  **317-2025-ET-00066**

The court has appointed Tracey Cote as administrator(s) in this case.  If there is an attorney for the fiduciary, the signed certificate of appointment has been e-served the attorney.  Please note the following forms are due on the dates listed below.

| Form Name | Date Due |
|---|---|
| Inventory of Fiduciary | May 13, 2025 |
| Accounting | February 12, 2026 |

Please Note:

Other forms may be required. Unless otherwise allowed all filings must be submitted electronically through the e-File icon at the court's website:  www.courts.nh.gov

An 'Accounting' may not be required if you qualify to file the Motion for Summary Administration, which is a procedure available to speed up closing of an estate.  For more information, visit our website and click on 'Estates e-filing'.

If at any time, the executor or administrator becomes aware that assets will be received as the result of litigation, the executor/administrator shall, prior to taking possession of any such assets, file a motion.  The motion must state the source and amount of funds to be received, and request permission from the court for authority to take possession of the funds.

The executor/administrator is responsible for notifying the court of address changes for any party in the case.

Please call 1-855-212-1234 if you have any questions regarding this case.

February 13, 2025  Kimberly A. Bonenfant
Clerk of Court

C:

---

This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2548-Pe (10/01/2024)

IMPORTANT INFORMATION
Administration of Estate - Intestate

**Forms enclosed:**
Certificate of Appointment (Letter of Appointment with court seal). Must be kept by the administrator for the records of the estate. Additional Certificates of Appointment may be obtained for an additional fee.

**Following are the forms that may be required for this case:**

Inventory of Fiduciary **(NHJB-2125-Pe)** Used to show the court the details of the assets of an estate, for an estate administration. It should contain an itemization of real and personal properties and their values.

Executor's/Administrator's Accounting **(NHJB-2117-Pe)** This form, along with the required attachments, is a report of all the transactions that have taken place during the accounting period specified on the form. Basically, it is used to show the court the details of how the assets of an estate have been managed. It will summarize the money the estate had or received, and the money spent out of the estate. Filing fees will be required. Please refer to the fee schedule on our website.

Motion for Summary Administration **(NHJB-2149-Pe)** Summary administration is a procedure available to speed up the closing of an estate, whether with or without a will, when further court supervision of the management and settlement of the estate is no longer necessary. The administration of the estate will be completed without further court supervision in accordance with deceased's will and/or applicable law. The criteria listed on this form must be met in order to qualify for this estate administration option. Filing fees will be required. Please refer to the fee schedule on our website.

Motion for Order of Distribution **(NHJB-2131-Pe)** This form is used to ask the court to allow the administrator to distribute estate funds, whether as an interim distribution, or a final distribution in an estate without a will. Funds should not be distributed until the motion has been granted by the court.

Notice to Towns and Cities Pursuant to RSA 554:18-a **(NHJB-2142-Pe)** This form is required to notify towns and cities when the deceased's property is passed to someone else through inheritance or conditions of a will. The form must be filed with the town/city where the property is located and the probate court, prior to filing the final account or Motion for Summary Administration.

Motion and License to Sell Real Estate to Pay Demands **(NHJB-2136-Pe)** Used when the estate administrator wants to obtain a license to sell the deceased's real estate in order to pay any estate debts or claims against the estate that are not covered by the assets. Under the statute, a motion is only required when there are insufficient assets to pay the debts.

Return of Sale **(NHJB-2126-Pe)** This form must be filed whenever the administrator has been issued a license to sell, and the real estate has been sold. File this form with the court within one year of the sale of the deceased's real estate.

**Other forms may be required. Unless otherwise allowed, all filings are to be done electronically through the e-File icon at the court's website: www.courts.nh.gov**

This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2548-Pe (10/01/2024)