**Principal Financial Group**

- ☐ **Principal Life Insurance Company**
- ☑ **Principal National Life Insurance Company**
*Members of Principal Financial Group®*

Only one company is the issuer and responsible for obligations of any given policy and is hereinafter referred to as "the Company".

P.O. Box 10431
Des Moines, IA 50306-0431

*Life Insurance Application*

## PART A

### 1. PERSONAL INFORMATION ABOUT THE PROPOSED INSURED

Name (First, Middle, Last): George T Campbell III

Sex: ☑ Male  ☐ Female

Date of Birth: ▓▓▓

Primary Residence Street Address: 15 McKinley Street

Birthplace (State, or Country if not U.S.): Boston, MA

State Issued: NH

### 2. BASIC COVERAGE APPLIED FOR

Product: Principal National Life 20

Policy Planned Premium $ 162.97

Face Amount (excluding riders): $ 500,000

Premium Frequency (choose one):
☐ Annual  ☐ Semi Annual  ☐ Quarterly  ☐ Single Pay
☑ EFT (complete EFT form + attach sample check)

Death Benefit Option if applicable:
- ☐ Option 1: Level Face Amount
- ☐ Option 2: Face + Accumulated/Policy Value
- ☐ Option 3: Face + Premiums Paid Less Partial Surrenders

List Bill Number
☐ Annual  ☐ Semi Annual  ☐ Quarterly  ☐ Monthly

Unscheduled Premium $ _____

### 3. BENEFITS/RIDERS (Some riders are not available with all products)

- ☐ Accidental Death – Amount $ _____
- ☐ Accounting Benefit
- ☐ Alternate Cash Surrender Value
- ☐ Change of Insured
- ☐ Children Term – Amount $ _____
- ☐ Four Year Term
- ☐ 20 Year Premium Guarantee
- ☐ Policy Split Option
- ☐ Salary Increase – Amount $ _____
- ☐ Single Life Term – Amount $ _____
- ☐ Waiver of Premium/Specified Premium
- ☐ Waiver of Monthly Deductions/Monthly Policy Charges
- ☐ _____
- ☐ _____

### 4. BENEFICIARY INFORMATION

Primary Beneficiary: Larissa Kiers
Relationship to Proposed Insured: Ex-Spouse

Contingent Beneficiary: Tracey Cote
Relationship to Proposed Insured: Fiancé

Single Life Term Rider Beneficiary: _____
Relationship to Proposed Insured: _____

Proposed Insured Name    *George T Campbell III*

## 5. OWNERSHIP INFORMATION (Complete if different than the Insured)

| Owner Name (If trust, provide name of trust*) | Relationship to Proposed Insured |
|---|---|
| *George T Campbell III* | *Insured* |

| | |
|---|---|
| Joint Owner Name | Relationship to Proposed Insured |
| Primary Residence Street Address | Taxpayer Identification Number |
| City, State, Zip Code | Date of Birth |
| Contingent Owner Name | Relationship to Proposed Insured |

\* Submit copy of trust with this application.

## 6. CHANGE OF OWNERSHIP

(a) Is there an intention that any group of investors will obtain any right, title, or interest in any policy issued on the life of the Proposed Insured(s) as a result of this application? ............... ☐ Yes  ☒ No
    If yes, explain. _____

(b) Will you borrow money to pay the premiums for this policy or have someone else pay these premiums for you in return for an assignment of policy values back to them?............... ☐ Yes  ☒ No
    If yes, explain and complete premium financing acknowledgment form. _____

## 7. OTHER INSURANCE

(a) Is there other life insurance or annuities in force or applied for?............................................ ☐ Yes  ☒ No
    (If yes, list all other life insurance or annuities in force or currently being applied for, even if sold, assigned, or viaticated.)

| Insured's Name | Company | Amount | Policy Number | Check if Pending | Year Issued | Primary Purpose |
|---|---|---|---|---|---|---|
| | | $ | | ☐ | | |
| | | $ | | ☐ | | |
| | | $ | | ☐ | | |
| | | $ | | ☐ | | |

(b) If coverage is pending, will all pending coverage be accepted? ............................................. ☐ Yes  ☐ No
    If no, explain. _____

(c) Have you transferred or assigned any right, title, or interest in any life insurance or annuity contract other than absolute assignment for Internal Revenue Code 1035 exchange? .......... ☐ Yes  ☐ No
    If yes, explain. _____

## 8. REPLACEMENT

(a) Will the insurance applied for with this application replace or affect any of the owner's other life or annuity contracts (including pending coverage provided with a binding receipt)? ..................................................................................................................... ☐ Yes  ☒ No
    If yes, list company name(s) and policy number(s) and provide necessary forms:
    _____

(b) Is this an Internal Revenue Code section 1035 exchange? ................................................... ☐ Yes  ☒ No

AA 2000N NH-1

*This completed document is for restricted use only. No part may be copied nor disclosed without prior consent of The Principal®.*

| Proposed Insured Name | George T Campbell III |
|---|---|

**9. MEDICAL QUESTION**

**(Continue to next page)**

*This completed document is for restricted use only. No part may be copied nor disclosed without prior consent of The Principal®.*



**Principal Life Insurance Company**
**Principal National Life Insurance Company**
Members of Principal Financial Group®

P.O. Box 10431
Des Moines, IA  50306-0431

**Amendment to**
**Application**

Only one company is the issuer and responsible for obligations of any given policy and is hereinafter referred to as "the Company".

NOTE  This form MUST be returned to the Home Office fully signed and dated.

Policy No.:    4855776            Insured:    George T Campbell III

The Application for the above Policy (or for its adjustment or reinstatement) is hereby amended as follows:
With beneficiary designation amended as follows: Larissa Kiers, ex-spouse, if living, otherwise to Tracey Cote, fiance.
With application amended to show response to question 3A on Teleapp is Jun 2013.
With application amended to show response to question 3C on Teleapp is May 2014, last nicotine gum use
With application amended to show response to question 7C on Part A is no.
With plan of insurance to be Twenty Year Term.

By signing below, I agree that all amendments to the Application listed above are part of the Application, and the Application and the amendments are to be taken as a whole. It is agreed that the above Policy is issued (or adjusted or reinstated, as applicable) on the basis of the statements in the Application and in this Amendment and Acceptance Form.

To be signed and dated by the person(s) indicated below:

☐ Policyowner: _____        ☐ Insured: _____

Date: _____10/22/2015_____

AA 973 N                                                                                                Page 1 of 1
This completed document is for restricted use only  No part may be copied nor disclosed without prior consent of The Principal®.